# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 97-1400

———————

United States of America,    *
                             *
          Appellee,          *
                             *   Appeal from the United States
     v.                      *   District Court for the
                             *   District of Nebraska.
Jorge Alcantara-Torres,      *
                             *        [UNPUBLISHED]
          Appellant.         *

———————

Submitted:  May 1, 1997

Filed: May 13, 1997

———————

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Jorge Alcantara-Torres challenges the 75-month sentence imposed by the district court[1] after he pleaded guilty to a drug offense.  He argues that the district court erred in not sentencing him at the lower end of the applicable Guidelines sentencing range.  This court, however, has no jurisdiction to review this sentence within the Guidelines range.  See 18 U.S.C. § 3742(a); United States v. Woodrum, 959 F.2d 100, 101 (8th Cir. 1992) (per curiam).

Accordingly, the appeal is dismissed.

———————

[1]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.